**Pat J. HERLAN, d/b/a Almost Heaven WV Realty, WV Real Estate Broker, Inc., Debtor–Appellant,**

v.

**TIMBERLINE FOUR SEASONS RESORT, INC.; Long Run Realty, Inc., Movants–Appellees,**

and

**United States Trustee, Trustee.**

**No. 10–1675.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 1, 2011.

Richard J. Stahl, Stahl Zelloe, P.C., Fairfax, Virginia, for Appellant. Frank P. Bush, Jr., The Law Office of Frank P. Bush, Jr., Elkins, West Virginia, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pat J. Herlan appeals the district court's order affirming the bankruptcy court's order directing her to turn over a number of vacation home rental contracts to Timber-line Four Seasons Resort, Inc. We have reviewed the record included on appeal, as well as the parties' briefs, and have found no error. Accordingly, we affirm for the reasons stated by the district court. *In re Pat Herlan,* Nos. 2:10–cv–00016–JPB; 2:09–bk–02665 (N.D.W.Va. May 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*